*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 21-BG-848

IN RE JAN C. SMITH

An Administratively Suspended Member of the
Bar of the District of Columbia Court of Appeals

**2020 DDN 219**

**Bar Registration No. 956375**

BEFORE: Beckwith and Deahl, Associate Judges, and Fisher, Senior Judge.

## O R D E R
**(FILED— March 3, 2022)**

On consideration of the certified copy of an order from the state of Virginia suspending respondent from the practice of law in that jurisdiction for a period of one year and one day; this court's December 27, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; and it appearing that respondent has not filed any response or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Jan C. Smith is hereby suspended from the practice of law in the District of Columbia for a period of one year and one day. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established). It is

FURTHER ORDERED that for purposes of reinstatement respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**